**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date:  April 10, 2009

Courtroom Deputy:  Nel Steffens
Court Reporter:     Suzanne Claar
Probation Officer:   Douglas Randolph

**Criminal Action No.  05–cr–00471–REB**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Gregory Rhodes |
| Plaintiff, | |
| v. | |
| 1.  DWIGHT DARDEN, | Richard Hostetler |
| Defendant. | |

**SENTENCING MINUTES**

**8:37 a.m.     Court in session.**

Appearances of counsel.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed.R.Crim.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the Court that counsel has read and discussed the presentence report and addendum with the defendant.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

The Court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment(s) of conviction, sentence(s), and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:

    - The **Government's Motion to Dismiss** [#203], filed February 12, 2009, is **GRANTED**;

    - The **Government's Motion for Downward Departure Pursuant to § 5K1.1 of the Sentencing Guidelines and Title 18 U.S.C. § 3553(e)** [#204], filed February 12, 2009, is **GRANTED** consistent with the foregoing findings and conclusions and the following orders;

    - The defendant's **Motion for Downward Variance** [#219], filed April 9, 2009, is **GRANTED** consistent with the foregoing findings and conclusions and the following orders**;**

3. That judgment of conviction under Fed.R.Crim.P. 32(k) is entered on Counts 1 and 2 of the Information;

4. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant shall be placed on supervised probation for a term of **five years**, effective immediately; provided furthermore, that during the term of probation, the defendant shall be subject to the jurisdiction and supervision of this court and its probation department;

    5.      That while on supervised probation, the defendant shall comply with the following conditions of supervised probation:

- all mandatory conditions of supervised probation, prescribed by law at 18 U.S.C. § 3583(d) and USSG §5D1.3(a);

- all standard conditions of supervised probation approved and imposed by this court in all such cases and circumstances; and

- the following explicit or special conditions of supervised probation:

    - that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where defendant may be during the term of supervised probation;

    - that the defendant shall not possess or use illegally controlled substances;

    - that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

    - that the defendant shall cooperate in the collection of a sample of defendant's DNA;

    - that the defendant shall submit to one drug test as directed by his probation officer within fifteen (15) days of today's date, and thereafter, to at least two periodic tests for the use of controlled substances as directed and determined by the court;

    6.      That no fines are imposed;

    7.      That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00 for each count of conviction for a total of $200.00; and

    8.      That the defendant shall report to probation officer Douglas Randolph immediately following the conclusion of this sentencing hearing to schedule an appointment to read, review, and sign the required conditions of probation in this case.

The Defendant waives formal advisement of appeal.

**8:55 a.m.**    **Court in recess.**

Total time in court:   00:18

Hearing concluded.